```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RONDA A. HARRISON,                                          :
                              Plaintiff,                    :
                                                            :
              -v-                                           :      No. 15-CV-1702 (VSB) (HBP)
                                                            :
                                                            :              ORDER
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2017

VERNON S. BRODERICK, United States District Judge:

On March 27, 2017, Magistrate Judge Henry Pitman issued a Report and Recommendation recommending that Defendant's motion to dismiss, or, in the alternative, for summary judgment be granted and that Plaintiff's complaint be dismissed as untimely. (Doc. 17.) Plaintiff did not submit an opposition to Defendant's motion, nor did she seek an extension. (Doc. 17 at 5.) No objections have been filed, and the deadline for submissions has past. I have reviewed the Report and Recommendation for clear error and find none. Accordingly, I hereby ADOPT the Report and Recommendation, (Doc. 17), in its entirety, and grant Defendant's motion to for summary judgment.

The Clerk's Office is respectfully directed to mail a copy of this order to the pro se Plaintiff and close the case.

SO ORDERED.

Dated:  April 27, 2017
        New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge